No. 498. WOMSLEY ET AL. *v.* PENNSYLVANIA RAILROAD Co. ET AL. C. A. 3d Cir. Certiorari denied. *Earl F. Reed* for petitioners. *James G. Johnson, Jr., Charles J. Margiotti, Charles F. C. Arensberg* and *John G. Buchanan* for respondents.

No. 500. STATE OF WASHINGTON *v.* COLUMBIA STEEL Co. Supreme Court of Washington. Certiorari denied. *Smith Troy,* Attorney General of Washington, and *C. John Newlands,* Assistant Attorney General, for petitioner. *Robert H. Evans, William G. McLaren* and *Walter Shelton* for respondent.

No. 501. TAX COMMISSION OF THE STATE OF WASHINGTON ET AL. *v.* WEYERHAEUSER SALES Co. Supreme Court of Washington. Certiorari denied. *Smith Troy,* Attorney General of Washington, and *C. John Newlands,* Assistant Attorney General, for petitioners. *Chas. W. Briggs, J. Neil Morton* and *Thomas J. Hanify* for respondent.

No. 509. BUTEAU *v.* CONNECTICUT. Supreme Court of Errors of Connecticut. Certiorari denied. *Philip R. Pastore* for petitioner. *Abraham S. Ullman* and *Arthur T. Gorman* for respondent.

No. 516. WOOTON ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Seymour Krieger* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for the United States.

